■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMONT MERRIWETHER, Appellant. [725 NYS2d 552] —Judgment, Supreme Court, Bronx County (Phylis Skloot Bamberger, J., at suppression hearing; William Donnino, J., at plea and sentence), rendered January 21, 1999, convicting defendant of criminal sale of a controlled substance in the fifth degree, and sentencing him, as second felony offender, to a term of 2 to 4 years, unanimously affirmed.

Defendant's suppression motion was properly denied. The arresting officer's testimony regarding his receipt of transmissions from the undercover officer indicating a drug transaction, together with the detailed description of the seller and his location established probable cause to arrest defendant (*People v Allison*, 270 AD2d 148, *lv denied* 95 NY2d 792). When apprehended within seconds of the transmission, defendant was the only person present matching the description (*see, People v Rampersant*, 272 AD2d 202, *lv denied* 95 NY2d 870).

Defendant's claim that the identification by the undercover officer was the result of undue suggestion is not properly before this Court since his motion for a *Wade* hearing was summarily denied, a determination that defendant does not challenge. In any event, the record clearly establishes that a proper confirmatory identification occurred (*People v Wharton*, 74 NY2d 921).

The record establishes that defendant was properly sentenced in accordance with his plea bargain and with Penal Law § 70.25 (2-a). Concur—Tom, J. P., Andrias, Ellerin, Wallach and Friedman, JJ.